**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------X
VALERIE PUCILOWSKI,

                  Plaintiff,

      -against-                                    21 **CIVIL** 1653 (ER)

                                                            <u>**JUDGMENT**</u>

SPOTIFY USA, INC.,

                  Defendant.
----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 21, 2022, Defendant's motion to dismiss is GRANTED with prejudice; accordingly, the case is closed.

**Dated:** New York, New York

       March 22, 2022

                                       **RUBY J. KRAJICK**
                                        _____
                                        **Clerk of Court**
**BY:**                        K. Mango
                                        _____
                                        **Deputy Clerk**